# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# GAINESVILLE DIVISION

**CHARLES GRESHAM, III,**

    Plaintiff,

vs.                               **CASE NO. 1:09CV200-MP/AK**

**MICHAEL J. ASTRUE,**

    **Defendants.**

_____/

## O R D E R

Presently before the Court is Defendant's Motion for Enlargement of Time to respond to the complaint. (Doc. 12). Having considered said motion, the Court is of the opinion that it should be **GRANTED**, and the time within which Defendant shall respond to the complaint is hereby extended through **December 31, 2009.**

**DONE AND ORDERED** this  *30th*  day of November, 2009.

                                              *s/ A. KORNBLUM*
                                              **ALLAN KORNBLUM**
                                              **UNITED STATES MAGISTRATE JUDGE**