IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

CHARLES GRESHAM, III,

     Plaintiff,

v.                               CASE NO. 1:09-cv-00200-MP-AK

MICHAEL J ASTRUE,

     Defendant.

_____/

## O R D E R

     This matter is before the Court on Plaintiff's Motion for Extension of Time to File

Memorandum.  (Doc. 18).  Having considered said motion, which is unopposed, the Court is of

the opinion that it should be GRANTED, and Plaintiff shall have through March 15, 2010, to file

the memorandum.

     **DONE AND ORDERED** this _2nd_ day of March, 2010

                           *s/Maurice M. Paul*
                       Maurice M. Paul, Senior District Judge