IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

CHARLES GRESHAM, III,

    Plaintiff,

v.                                                CASE NO. 1:09-cv-00200-MP-AK

MICHAEL J ASTRUE,

    Defendant.

_____/

## **O R D E R**

This matter is before the Court upon Defendant's Motion to Extend Time to file a responsive memorandum. (Doc. 23). Having considered said motion, which is unopposed, the Court is of the opinion that it should be GRANTED, and the memorandum shall be filed on or before May 17, 2010.

    **DONE AND ORDERED** this _22nd_ day of April, 2010

                                     *s/Maurice M. Paul*
                            Maurice M. Paul, Senior District Judge