IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

CHARLES GRESHAM, III,

    Plaintiff,

v.                                           CASE NO. 1:09-cv-00200-MP-AK

MICHAEL J ASTRUE,

    Defendant.

_____/

**O R D E R**

This matter is before the Court on Defendant's Second Motion to Extend Time to file a responsive memorandum. (Doc. 25). Having considered said motion, the Court is of the opinion that it should be GRANTED, and Defendant shall have through June 21, 2010, to file the memorandum.

    **DONE AND ORDERED** this _21st_ day of May, 2010

                                           *s/Maurice M. Paul*
                                Maurice M. Paul, Senior District Judge