IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

CHARLES GRESHAM, III,

    Plaintiff,

v.                                                    CASE NO. 1:09-cv-00200-MP -GRJ

MICHAEL J ASTRUE,
Commissioner of Social Security,

    Defendant.

_____/

## O R D E R

Pending before the Court is Doc. 32, Defendant's motion to remand and to cancel the oral argument presently scheduled before the undersigned on January 5, 2011. The Court has issued a Report and Recommendation to the district judge recommending that the motion to remand be granted. Accordingly, it is **ORDERED:**

That the motion to cancel oral argument, Doc. 32, is **GRANTED.** The clerk is directed to cancel the oral argument scheduled for January 5, 2011.

**DONE AND ORDERED** this 30th day of December 2010.

*s/ Gary R. Jones*
GARY R. JONES
United States Magistrate Judge